STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
11818 Moorpark Street, No. R
Studio City, CA 91604
Telephone: (310) 709-3966
Email:  stanley.a@gitmeidlaw.com
          stan@appsatlaw.com

*Attorneys for Plaintiff SARAH CHASTAIN*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarah Chastain,<br><br>Plaintiff,<br><br>v.<br><br>Branch Banking & Trust a/k/a Truist Financial; and Experian Information Solutions, Inc.,<br><br>Defendants. | Case No. 8:20-cv-00618-PA (RAOx)<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT BRANCH BANKING & TRUST** |

**NOTICE OF SETTLEMENT AS TO DEFENDANT
BRANCH BANKING & TRUST**

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

The Plaintiff, SARAH CHASTAIN, by and through counsel, hereby notifies the Court that the Plaintiff has reached a settlement agreement with Defendant Branch Banking & Trust, also known as Truist Financial ("BB&T"). The settlement is conditioned upon certain future performances by BB&T. Upon completion of said performances by Defendant, Plaintiff intends to file a dismissal as to Defendant BB&T.

Dated: August 14, 2020

                                                __/s/ Stanley R. Apps_____
                                                Stanley R. Apps
                                                *Attorneys for Plaintiff*