STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
11818 Moorpark Street, No. R
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com
          stan@appsatlaw.com

*Attorneys for Plaintiff SARAH CHASTAIN*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarah Chastain,<br><br>  Plaintiff,<br><br>  v.<br><br>Branch Banking & Trust a/k/a Truist Financial; and Experian Information Solutions, Inc.,<br><br>  Defendants. | Case No. 8:20-cv-00618-MCS-RAO<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., AND ENTIRE CASE** |

**NOTICE OF SETTLEMENT AS TO DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC., AND ENTIRE CASE**

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

　　The Plaintiff, SARAH CHASTAIN, by and through counsel, hereby notifies the Court that the Plaintiff has reached a settlement agreement with Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"). The settlement is conditioned upon certain future performances by Experian. Upon completion of said performances by Defendant, Plaintiff intends to file a dismissal as to Defendant Experian.

　　The Plaintiff further notifies the Court that this case has now settled as to all Defendants.

Dated: March 23, 2021

　　　　　　　　　　　　　　　　　　__/s/_ Stanley R. Apps_____
　　　　　　　　　　　　　　　　　　Stanley R. Apps
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

- 1 -
NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.