Stanley R. Apps (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
11818 Moorpark Street, No. R
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com
        stan@appsatlaw.com

*Attorneys for Plaintiff Sarah Chastain*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarah Chastain,<br><br>            Plaintiff,<br><br>    vs.<br><br>Branch Banking & Trust Company a/k/a Truist Financial; and Experian Information Solutions, Inc.<br><br>            Defendants. | Case No.: 8:20-cv-00618-MCS-RAO<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff SARAH CHASTAIN, by counsel, and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), by and through counsel, hereby STIPULATE AND AGREE that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Experian be DISMISSED, with prejudice, with each party to bear its own costs and attorneys' fees.

| | | |
|---|---|---|
| 1 | Date: 05/07/2021 | s/ Stanley Apps |
| 2 | | Stanley R. Apps, Esq. |
| | | Law Offices of Robert S. Gitmeid, P.C. |
| 3 | | 11818 Moorpark Street, No. R |
| | | Studio City, CA 91604 |
| 4 | | Telephone: (310) 709-3966 |
| | | E-Mail: stanley.a@gitmeidlaw.com |
| 5 | | stan@appsatlaw.com |

*Counsel for Plaintiff Sarah Chastain*

Date: 05/07/2021              /s/ Patrick A. Smith
                              Patrick A. Smith, Esq.
                              JONES DAY
                              3161 Michelson Drive, Suite 800
                              Irvine, CA 92612-4408
                              Telephone: (949) 376-3500

*Counsel for Defendant Experian*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*